## **STATEMENT OF FACT**

On March 13, 2015, at approximately 2:23 p.m., defendant Thomas Anthony George entered the Wells Fargo Bank located at 4302 Connecticut Ave, NW, Washington, D.C.  Defendant George was dressed in a blue colored jacket, sunglasses, gloves, and a mask.  Defendant George was brandishing a black handgun and he approached a bank teller.  Defendant George stated "Give me money or I'm going to kill a customer".  Defendant George stated this three times.  Defendant George was provided money by the bank teller who was in fear for his/her life and the lives of others in the bank.   The loss to the bank was $9,178.00 federally insured, United States Currency.   The robbery was captured on the bank's surveillance cameras.

Defendant George exited the bank and was seen by a law enforcement officer entering the passenger side of a black colored Chevrolet Suburban with one Maryland license plate on the rear of the vehicle.  A witness described the driver of the Suburban as black male wearing a black or dark colored jacket.

Approximately thirty minutes later, a black colored Chevrolet Suburban with one Maryland license plate on its rear bumper was observed by law enforcement in the vicinity of 1953 19th Place, SE, Washington, D.C.  (Generally, without heavy traffic, it takes approximately 25 minutes to reach 1953 19th Place, SE, from 4302 Connecticut Avenue, N.W.).  Defendant George and Co-Defendant Dewitt Hall were seen exiting the vehicle and entering 1953 19th Place, SE, Washington, D.C.

A short while later, Defendant George was observed exiting 1953 19th Place, SE, Washington, D.C.  and going to the Chevrolet Suburban which was parked in the rear of the building.  Law enforcement detained Defendant George.  Law enforcement agents observed in plain view in the front seat of the Chevrolet Suburban a blue colored jacket and sunglasses that matched the items worn during the bank robbery.  Defendant George was taken into custody.  Search incident to arrest had Defendant George in possession of $3,950.00 U.S. Currency in his pants pocket.

Law enforcement made contact with the occupant at 1953 19th Place, SE, Apt. 105, Washington, D.C. and observed Co-Defendant Hall.  Co-Defendant Hall was detained by law enforcement and later identified by a witness as the individual driving the same black colored Chevrolet Suburban that was driven to 1953 19th Place, SE, Washington, D.C. approximately thirty minutes following the bank robbery.  Co-Defendant Hall was taken into custody.

The law enforcement officer who observed the black Chevrolet Suburban with Maryland license plate immediately after the bank robbery later observed the vehicle parked in the vicinity of 1953 19th Place, SE, Washington, D.C.  That officer advised that it appeared to be the same vehicle he had seen leaving the bank earlier.

On March 13, 2015, a search warrant was obtained and executed at 1953 19th Place, SE, Apartment 105, Washington, D.C.  During the search a black handgun was seized.  Defendant George was taken to Washington D.C. Metropolitan Police Department and was advised of his rights.  Defendant George waived his rights and admitted to robbing the Wells Fargo Bank located at 4302 Connecticut Ave., NW, Washington, D.C.  Wells Fargo Bank is federally insured through the Federal Deposit Insurance Corporation.

_____
ELMER BAYLOR, JR., D2-1589
METROPOLITAN POLICE DEPARTMENT

Sworn and subscribed to before me this _____ day of MARCH, 2015.


_____
United States Magistrate Judge